127 A.3d 1292

Alisha SICILIANO, Cassie Staretz, Samantha Lynn Early and Justin Eck, Individually and on Behalf of all Similarly Situated Persons, Petitioners

v.

Albert/Carol MUELLER, t/a McDonalds; Albert and Carol Mueller Limited Partnerships; Albert Mueller, Individually; and Carol Mueller, Individually, Respondents.

No. 150 MM 2015.

Supreme Court of Pennsylvania.

Dec. 10, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of December, 2015, the Petition for Extraordinary Relief is **DENIED.**